IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J. ALLEN BEVERLY                                                                                    PLAINTIFF

v.                                    No. 4:06CV01411 GH

DOUGLAS G. COLLIER                                                                              DEFENDANT


APRIL BEVERLY                                                                                       PLAINTIFF

v.                                    No. 4:06CV01414 GH

DOUGLAS G. COLLIER                                                                              DEFENDANT

**<u>ORDER</u>**

On October 20th, the defendant in both cases filed a motion to consolidate in each of these cases on the ground that they arise out of the same September 10, 2004 motor vehicle accident. No objection to these motions has been filed. As the complaints show that the same issues of fact and law are involved, consolidation is indeed warranted.

Accordingly, defendant's October 20th motions (#8) to consolidate these cases are hereby granted. The parties are directed to use the consolidated caption in all future filings.

IT IS SO ORDERED this 14th day of November, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE